## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:22–mj–00184 |
| | : | Assigned To : Magistrate Judge Meriweather, Robin M. |
| | : | Assign. Date : 8/16/2022 |
| **v.** | : | Description: Complaint w/ Arrest Warrant |
| | : | **VIOLATIONS:** |
| | : | |
| **BENJAMINE COLE** | : | |
| **(COUNTS 1,2,3)** | : | **18 U.S.C. § 231(a)(3)** |
| **BRIAN PRELLER** | : | **(Civil Disorder)** |
| **(COUNTS 1,2,3)** | : | **18 U.S.C. § 1752(a)(1)** |
| **JOHN EDWARD CROWLEY** | : | **(Entering and Remaining in a Restricted** |
| **(COUNTS 1,2,3)** | : | **Building or Grounds)** |
| **JONATHAN ROCKHOLT** | : | **18 U.S.C. § 1752(a)(2)** |
| **(COUNTS 1,2,3)** | : | **(Disorderly and Disruptive Conduct in a** |
| **TYLER BENSCH** | : | **Restricted Building or Grounds)** |
| **(COUNTS 1,2)** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the statement of facts in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.


Date:   August 16, 2022

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE