AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JONATHAN ALAN ROCKHOLT

)
)
)
)
)
)

Case: 1:22–mj–00184
Assigned To : Magistrate Judge Meriweather, Robin M.
Assign. Date : 8/16/2022
Description: Complaint w/ Arrest Warrant

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) JONATHAN ALAN ROCKHOLT,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

2022.08.16
17:09:27 -04'00'

Date: 08/16/2022

Issuing officer's signature

City and state: Washington D.C.

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 8/16/2022, and the person was arrested on (date) 8/24/2022
at (city and state) Palm Coast, Florida.

Date: 8/24/2022

Arresting officer's signature

Special Agent FBI
Printed name and title