UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                              CASE NO. 1:22-mj-00184

    Plaintiff,

v.

JONATHAN ALAN ROCKHOLT,

    Defendant.
_____/

**NOTICE OF APPEARANCE AS TO JONATHAN ALAN ROCKHOLT**

Vincent A. Citro of the Law Offices of Horwitz & Citro, P.A., hereby enters his Notice of Appearance as counsel for defendant Jonathan Alan Rockholt in the above styled cause.

Respectfully submitted on August 30, 2022.

                                          **LAW OFFICES OF HORWITZ & CITRO, P.A.**

By:   *s/ Vincent A. Citro*
        **VINCENT A. CITRO**
        D.C. Bar Number: 153164
        District Court Bar Number: FL0021
        17 East Pine Street
        Orlando, Florida 32801
        Telephone: (407) 843-7733
        Facsimile: (407) 849-1321
        vince@horwitzcitrolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Sean Murphy, Assistant United States Attorney, at sean.murphy@usdoj.gov, United States Attorney's Office, District of Puerto Rico, Torre Chardon, Suite 1201, 350 Carlos Chardon Avenue, San Juan, PR 00918.

          **LAW OFFICES OF HORWITZ & CITRO, P.A.**

By:    *s/ Vincent A. Citro*
       **VINCENT A. CITRO**
       D.C. Bar Number: 153164
       District Court Bar Number: FL0021