UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 22-mj-184 (RMM) |
| **COLE, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Holly F. Grosshans. AUSA Holly F. Grosshans will be substituting for AUSA Sean P. Murphy.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

DATED: October 14, 2022    By:    */s/ Holly F. Grosshans*
                                                HOLLY F. GROSSHANS
                                                Assistant United States Attorney
                                                D.C. Bar No. 90000361
                                                U.S. Attorney's Office for the District of Columbia
                                                601 D Street, N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 252-6737
                                                Email: Holly.Grosshans@usdoj.gov

## CERTIFICATE OF SERVICE

      On this 14th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                          */s/ Holly F. Grosshans*
                                                          HOLLY F. GROSSHANS
                                                          Assistant United States Attorney
                                                          United States Attorney's Office for the
                                                          District of Columbia