IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

PLAINTIFF,

v.

JOHN CROWLEY

DEFENDANT.

_____/

Case No. 1:22-mj-00184-RMM-3
Mag. Judge: Robin M. Meriweather

### DECLARATION OF JOSEPH FLYNN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Joseph Charles Flynn III, hereby declare:

1. My name, address, telephone number and email are as follows:

   Joseph Flynn
   NeJame Law, P.A.
   189 S. Orange Ave. #1800
   Orlando, Florida 32801
   Phone: 407-245-1232
   Email: Trey @NeJameLaw.com

2. I am a member in good standing of the following bars:

   a. State of Florida, Bar No. 47027 (2007)

   b. United States District Court, Middle District of Florida

   c. United States District Court, Southern District of Florida

3. I certify that I have not been disciplined by any bar.

4. I have never been admitted *pro hac vice* to this Court.

5. I do not practice law in an office located in the District of Columbia and am not a member of the

District of Columbia bar or have an application for membership pending.

6. This motion is accompanied by a payment of $100.00 and a "certificate of good standing" with the Florida Bar pursuant to LCrR 44.1(c).

I declare under penalty of perjury that the forgoing is true and correct. Executed this 18th day of October, 2022.

Respectfully Submitted,

Joseph C. Flynn III, Esquire
Florida Bar Number: 47027

**NeJame Law**
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Office (407) 245-1232
Primary Email: trey@nejamelaw.com
Attorneys for John Edward Crowley