

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle** | 850/561-5600 |
| Executive Director | www.FLORIDABAR.org |

State of Florida      )

County of Leon       )         In Re:   0047027
                                        Joseph Charles Flynn III
                                        NeJame Law
                                        189 S Orange Ave Ste 1800
                                        Orlando, FL 32801-3261

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 2, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 18th day of **October**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-202714