UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

CASE NO: 1:22-mj-00184-RMM

Plaintiff,

v.

BENJAMIN COLE,
BRIAN PRELLER,
JOHN EDWARD CROWLEY,
JONATHAN ROCKHOLT, and
TYLER QUINTIN BENSCH,

Defendants.
_____/

### MOTION FOR ADMISSION OF ATTORNEY MICHAEL LAFAY PRO HAC VICE FOR DEFENDANT JOHN EDWARD CROWLEY

Pursuant to Criminal Local Rule 44.1, the undersigned, who serves as counsel for Jonathan Rockholt, moves for the admission *Pro Hac Vice* of attorney Michael Lafay as counsel to defendant John Edward Crowley, and in support of this Motion states as follows:

1. As set forth in Mr. Lafay's declaration attached hereto, he is admitted to and member in good standing of the following Courts and Bars:

    a. State of Florida

    b. State of New York

    c. United States District Court for the Middle District of Florida

      d.  United States District Court for the Southern District of Florida

      e.  United States District Court for the Northern District of Florida

2.    Mr. Lafay agrees to abide by the Rules of the United States District Court for the District of Columbia.

3.    Counsel for the United States does not object to this motion.

4.    The undersigned currently represents Mr. Rockholt in this matter and is not making an appearance on behalf of Mr. Crowley.

Respectfully submitted on October 20, 2022.

          **LAW OFFICES OF**
          **HORWITZ & CITRO, P.A.**

          */s/Vincent A. Citro*
          **VINCENT A. CITRO**
          District of Columbia Bar Number: 1531364
          U.S. District Court Bar Number: FL0021
          17 East Pine Street
          Orlando, Florida 32801
          Telephone: 407-843-7733
          vince@horwitzcitrolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Melanie Alsworth, Trial Attorney, 145 N. Street N.E., Suite 2e300, Washington, D.C. 20530, at melanie.alsworth2@usdoj.gov, and Holly Fugiel Grosshans, Assistant U.S. Attorney, 601 D. Street N.W., Washington, D.C. 20001, at holly.grosshans@usdoj.gov.

                **LAW OFFICES OF**
                **HORWITZ & CITRO, P.A.**

                */s/Vincent A. Citro*
                **VINCENT A. CITRO**
                District of Columbia Bar Number: 1531364
                U.S. District Court Bar Number: FL0021