**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **PLAINTIFF,** | |
| **v.** | **Case No. 1:22-mj-00184-RMM-3** |
| | **Mag. Judge: Robin M. Meriweather** |
| **JOHN CROWLEY** | |
| **DEFENDANT.** | |
| _____/ | |

**DECLARATION OF MICHAEL LAFAY IN SUPPORT
OF <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Michael Howard LaFay, hereby declare:

1.  My name, address, telephone number and email are as follows:

    > Michael LaFay
    > NeJame Law, P.A.
    > 189 S. Orange Ave. #1800
    > Orlando, Florida 32801
    > Phone: 407-245-1232
    > Email:
    > LafayM@NeJameLaw.com

2.  I am a member in good standing of the following bars:

    a.  State of Florida, Bar No. 457728 (1985) – *where I regularly practice*.

    b.  State of New York

    c.  United States District Court, Middle District of Florida

    d.  United States District Court, Southern District of Florida

    e.  United States District Court, Northern District of Florida

3. I certify that I have not been disciplined by any bar.

4. I have never been admitted *pro hac vice* to this Court.

5. I do not practice law in an office located in the District of Columbia and am not a member of the District of Columbia bar or have an application for membership pending.

6.  This motion is accompanied by a payment of $100.00 and a "certificate of good standing" with the Florida Bar pursuant to LCrR 44.1(c).

   I declare under penalty of perjury that the forgoing is true and correct. Executed this 18th day of October, 2022.

Respectfully Submitted,

Michael LaFay, Esquire
Florida Bar Number: 457728

**NeJame Law**
189 South Orange Avenue, Suite 1800
Orlando, Florida 32801
Office (407) 245-1232
Primary Email: lafaym@nejamelaw.com
Attorneys for John Crowley