

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon          )

In Re:  0457728
Michael Howard Lafay
NeJame Law 189 S Orange Ave Ste 1800
Orlando, FL 32801-3261

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 21, 1985**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>18th</u> day of  **October**, **2022**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-202772