UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

CASE NO: 1:22-mj-00184-RMM

Plaintiff,

v.

BENJAMIN COLE,
BRIAN PRELLER,
JOHN EDWARD CROWLEY,
JONATHAN ROCKHOLT, and
TYLER QUINTIN BENSCH,

Defendants.
_____/

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY MICHAEL LAFAY FOR DEFENDANT JOHN EDWARD CROWLEY

The Motion for Pro Hac Vice Admission of Attorney Michael Lafay for Defendant John Edward Crowley in this matter is hereby GRANTED.

Dated:_____.

_____
**THE HONORABLE ROBIN M. MERIWEATHER**
United States Magistrate Judge