UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 22-MJ-00184 |
| : | |
| BENJAMIN COLE, : | |
| BRIAN PRELLER, : | |
| JOHN EDWARD CROWLEY, : | |
| JONATHAN ALAN ROCKHOLT, and : | |
| TYLER QUINTIN BENSCH : | |
| : | |
| Defendants. : | |

**ORDER**

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on Tuesday, November 8, 2022, be continued for good cause to Tuesday, January 10, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between Tuesday, November 8, 2022, and Tuesday, January 10, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendants in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
THE HONORABLE ROBIN MERIWEATHER
UNITED STATES MAGISTRATE JUDGE