UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-mj-184 RMM |
| | : | |
| BENJAMIN COLE, | : | |
| BRIAN PRELLER, | : | |
| JOHN EDWARD CROWLEY, | : | |
| JONATHAN ALAN ROCKHOLT, AND | : | |
| TYLER QUINTIN BENSCH | : | |
| | : | |
| Defendants. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: */s/ Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov

CERTIFICATE OF SERVICE

      On this 22nd day of November, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

      */s/   Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C.   20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov