**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-mj-184 RMM** |
| | : | |
| **BENJAMIN COLE,** | : | |
| **BRIAN PRELLER,** | : | |
| **JOHN EDWARD CROWLEY,** | : | |
| **JONATHAN ALAN ROCKHOLT, AND** | : | |
| **TYLER QUINTIN BENSCH** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion and they do not oppose entry of the requested order.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ *Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov

CERTIFICATE OF SERVICE

On this 8th day of December, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov