UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. 22-MJ-00184 |
| | : | |
| BENJAMIN COLE, | : | |
| BRIAN PRELLER, | : | |
| JOHN EDWARD CROWLEY, | : | |
| JONATHAN ALAN ROCKHOLT, AND | : | |
| TYLER QUINTIN BENSCH | : | |
| | : | |
| DEFENDANTS. | : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, January 10, 2023, in the above-captioned matter, for approximately 30 days, until Tuesday, February 14, 2023. Counsel for each defendant concurs in this motion. The parties request the additional time to engage in plea negotiations and continue review of pre-indictment discovery productions. The government has produced individual discovery to each of the defendants.

The parties request that the Court exclude the time from January 10, 2023, until the next status conference, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: December 30, 2022      By: */s/ Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov

CERTIFICATE OF SERVICE

    On this 30th day of December, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                     */s/ Melanie L. Alsworth*
                                                     Melanie L. Alsworth
                                                     Ark. Bar No. 2002095
                                                     Trial Attorney
                                                     United States Department of Justice
                                                     Criminal Division
                                                     Narcotic and Dangerous Drug Section
                                                     (On Detail to the USAO-DC)
                                                     601 D Street, N.W.
                                                     Washington, D.C.  20530
                                                     Telephone: (202) 598-2285
                                                     Email: Melanie.Alsworth2@usdoj.gov