**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-MJ-00184** |
| | **:** | |
| **BENJAMIN COLE,** | **:** | |
| **BRIAN PRELLER,** | **:** | |
| **JOHN EDWARD CROWLEY,** | **:** | |
| **JONATHAN ALAN ROCKHOLT, and** | **:** | |
| **TYLER QUINTIN BENSCH** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**ORDER**

Based upon the representations in the Consent Motion to Continue and to Exclude Time

Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on Tuesday, January 10, 2023, be

continued for good cause to Tuesday, February 14, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between Tuesday, January 10, 2023, and Tuesday, February

14, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C.

§ 3161(h)(7)(A).

The Court finds that the ends of justice served by the granting of such a continuance

outweighs the best interests of the public and the defendants in a speedy trial, as a continuance

will provide the parties additional time to review the pre-indictment discovery and to continue

negotiating a potential pretrial resolution.

_____
THE HONORABLE ROBIN MERIWEATHER
UNITED STATES MAGISTRATE JUDGE