UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CASE NO. 22-MJ-00184-04 |
| : | |
| JONATHAN ALAN ROCKHOLT, : | |
| : | |
| DEFENDANT. : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, February 14, 2023, in the above-captioned matter, for approximately 7 weeks, until Thursday, April 6, 2023. Counsel for defendant concurs in this motion. Counsel for defendant is scheduled to be in trial from February 21 through March 23 in the United States District Court, Middle District of Florida, Jacksonville Division in Case No. 3:20-CR-86-TJC-JBT. Counsel for defendant further advised that he continues to review pre-indictment discovery productions. Additionally, plea negotiations have been productive, and it is anticipated that plea documents will be signed and filed prior to the next status conference.

The parties request that the Court exclude the time from February 14, 2023, until the next status conference, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: February 9, 2023           By: */s/ Melanie L. Alsworth*
                                                                          Melanie L. Alsworth
                                                                          Ark. Bar No. 2002095
                                                                          Trial Attorney
                                                                          United States Department of Justice
                                                                          Criminal Division
                                                                          Narcotic and Dangerous Drug Section
                                                                          (On Detail to the USAO-DC)
                                                                          601 D Street, N.W.
                                                                          Washington, D.C.  20530
                                                                          Telephone: (202) 598-2285
                                                                          Email: Melanie.Alsworth2@usdoj.gov

CERTIFICATE OF SERVICE

On this 9th day of February, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

*/s/ Melanie L. Alsworth*
Melanie L. Alsworth
Ark. Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
(On Detail to the USAO-DC)
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 598-2285
Email: Melanie.Alsworth2@usdoj.gov