## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 23-cr-104** |
|  | : |  |
|  | : |  |
|  | : | **18 U.S.C. § 231(a)(3) and** |
|  | : | **18 U.S.C. §§ 641, and 2** |
| **v.** | : |  |
|  | : |  |
| **JONATHAN ALAN ROCKHOLT,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jonathan Alan Rockholt, with the concurrence of his attorney, agree and stipulate to the factual basis below for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars in losses.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Rockholt's Participation in the January 6, 2021, Capitol Riot*

8.      Jonathan Alan Rockholt ("Rockholt") traveled from Florida, to Washington, D.C. with a larger group known as the "Guardians of Freedom" to attend the rally that former President Donald Trump held on January 6, 2021.  Rockholt and other members of the group arrived in the Washington, D.C. area on January 5 and checked into a hotel in the downtown area.  On January 6, they attended the rally then later participated in the riot at the U.S. Capitol.

9.      Rockholt and at least four other members of his group were present at the Lower West Terrace Tunnel ("the Tunnel").  The Tunnel provides direct access to the U.S. Capitol.  On

January 6, it was guarded by numerous police officers, including officers from the United States Capitol Police and the Metropolitan Police Department. Between 2:41 p.m. and approximately 5:00 p.m., the officers guarding the Tunnel were under siege by rioters attempting to forcibly enter the Capitol building. At times, rioters attempted to use their numbers and collective mass in a heave-ho effort to push the officers back. Rockholt arrived at the Tunnel shortly after 4:15 p.m. He made his way into the Tunnel, where he confronted and assisted the crowd in confronting the police officers that were attempting to prevent a breach of the Tunnel and the Capitol. Rockholt was present in the Tunnel when one of the heave-ho pushes against the officers occurred. The officers ultimately succeeded in repelling rioters from the Tunnel.

10.     After the rioters—including Rockholt—were expelled from the Tunnel by officers, Rockholt picked up a police riot shield with a United States Capitol Police seal. Rockholt and other members of his group then made their way to the west side of the Lower West Terrace. Rockholt and others carried the riot shield from the Lower West Terrace off Capitol grounds. The riot shield has not been recovered.

11.     Rockholt knew at the time he entered the Lower West Terrace Tunnel to the U. S. Capitol building that he did not have permission to enter the building.

12.     Rockholt knowingly and voluntarily admits all the elements of 18 U.S.C. § 231(a)(3). Specifically, Rockholt admits that he attempted to or did obstruct, impede, or interfere with a law enforcement officer engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and that the civil disorder obstructed, delayed or adversely affected commerce or the performance of a federally protected function.

13.     In addition, Rockholt knowingly and voluntarily admits the elements of 18 U.S.C.

§ 641. Specifically, Rockholt admits that he stole a United States Capitol Police riot shield, with

an approximate value of $256.00, and he intended to deprive the owner of its use and benefit.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Melanie L. Alsworth
    Melanie L. Alsworth
    Ark. Bar No. 2002095
    Trial Attorney
    United States Department of Justice
    Criminal Division
    Narcotic and Dangerous Drug Section
    (On Detail to the USAO-DC)
    601 D Street, N.W.
    Washington, D.C.  20530
    Telephone: (202) 598-2285
    Email: Melanie.Alsworth2@usdoj.gov

By: /s/ Holly F. Grosshans
    Holly F. Grosshans
    Assistant United States Attorney
    D.C. Bar No. 90000361
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-6737
    Email:  Holly.Grosshans@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jonathan Alan Rockholt, have read this Statement of the Offense and have discussed it with my attorney.  I fully understand this Statement of the Offense.  I agree and acknowledge by my signature that this Statement of the Offense is true and accurate.  I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: **3/23/23**

JONATHAN ALAN ROCKHOLT
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully.  I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: March 23, 2023

VINCENT A. CITRO
Attorney for Defendant