Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Criminal Case No.: 23-104 (TNM) |
| ) | |
| JONATHAN ROCKHOLT   ) | |
| ) | |
| ) | |

## WAIVER OF INDICTMENT

I, __JONATHAN ROCKHOLT__, the above-named defendant, who is accused of

Civil Disorder in violation of Title 18, U.S.C., Section 231(a)(3);
Theft of Government Property in violation of Title 18 U.S.C., Section 641
and 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 11, 2023__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: __4/11/23__
Trevor N. McFadden
United States District Judge