# Exhibit A

Becki & Jimmy Rockholt
23 Lago Vista Place
Palm Coast, Florida 32164
05/20/2023

The Honorable Trevor N. McFadden
United States District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge McFadden,

    My name is Rebecca Rockholt, I am the mother of Jonathan Rockholt. Jon is the youngest of our two sons and he lives at home with his father and myself along with our dog. Jon's father and I have been married for 42 years. Ever since our son was just a boy, he has been an avid outdoorsman, a lover of animals and nature and a natural born explorer who loves to go camping and fishing. Our son is a caring, loving, thoughtful, funny, generous, hard working, respectful and honest person who has always tried to help people, do the right thing and be there for his friends and family. We tried our best to raise him with these qualities and we believe with our whole hearts that we succeeded in that with both of our boys.

    Our son has undoubtedly made some mistakes in his life, as everyone has. The things that make us grow and learn from these mistakes is how you handle them and whether or not you are willing to accept accountability. I believe with absolute certainty that our son did not to go D.C. on January 6th with bad intentions or to hurt anyone or commit any crimes. I also believe that he did not know majority of the people that he went with. However, he made the decision to go and that is something I know he regrets. As a result, he has lost his full time job with Volusia county and his part time job as a security officer. Both jobs which he loved dearly.

    We understand that he has plead guilty to a charge of civil disorder and theft of government property. We will continue to love and support our son through this, as we have with every matter and obstacle in his life. Judge, we humbly ask for leniency in our son's sentencing. Thank you for your time and attention in this matter.

Sincerely,

Becki and Jimmy Rockholt