# Exhibit C

Alex Chase

525 Baxter Street

Orlando, FL 32806

5/24/2023


The Honorable Trevor N. McFadden

United States District Judge

c/o Vincent A. Citro

Law Offices of Horwitz & Citro

17 East Pine Street

Orlando, Florida 32801


Dear Judge McFadden,


     My name is Alex Chase, I have been a friend of Jonathan Rockholt my entire life, we grew up together and have stayed in touch over the years after becoming adults.  I am a law enforcement officer in the Central Florida area and have worked as such for over fifteen years.  I have always known Jonathan to be a supporter of law enforcement, the military, and our country.  He is a humble and hard-working person and is the type of friend that is always there when in need.


     Through our friendship I have always believed Jonathan to be a genuine person who tells the truth and acts in accordance with what is right.  We have all in our lives made mistakes, I do not believe neither he nor I are immune to this fact.  The integrity to live with those decisions and try to make them right are what I believe defines us.  Jonathan, in my experience, has this integrity and is willing to take accountability for those decisions no matter the outcome.


     I am writing to you to request leniency in your sentencing of Jonathan.  I truly believe that he regrets his actions on the day and I understand that he has pled guilty to civil disorder and theft of government property to take responsibility for those actions.  Thank you for your time and consideration in this matter.


Sincerely,

Alex Chase