# Exhibit D

David Deskins
551 Wiggins Road
St. Cloud, Florida 34771
05/18/2023

The Honorable Trevor N. McFadden
United States District Judge
c/o Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge McFadden,

My name is David Deskins, I'm an Engineering Program Manager for Mitsubishi Power in Orlando, FL. The intent of this letter is to attest to the character of Jonathan Rockholt, who has plead guilty participating in a civil disorder at the Capitol on January 6, 2021, and theft of government property, specifically a riot shield.

I've known Jonathan for close to 30 years, and grew up playing youth sports together and attended the same high school. In all this time, I've only known Jonathan to be a gentle, lighthearted guy who loves to make everyone laugh. He's an avid outdoorsman, a loyal friend and loves his country. His humor is infectious to everyone he meets.

I humbly request leniency during sentencing on his behalf. He truly is a kind soul and is remorseful for his actions that day.


Sincerely,

David Deskins