# Exhibit E

John LaDuca

7518 Lake Hancock Blvd.

Winter Garden, Florida 34787

May 30, 2023

The Honorable Trever N. McFadden

United States District Judge

c/o Vincent A. Citro

Law Offices of Horwitz & Citro, P.A.

17 East Pine Street

Orlando, Florida 32801

Dear Judge McFadden,

My name is John LaDuca and I am a small business owner in the Central Florida area. I am writing to respectfully request leniency on behalf of Jonathan Rockholt, who has plead guilty participating in a civil disorder at the Capital on January 6, 2021, and theft of government property.

Jonathan is a person whom I have known since our days in elementary school. It is with utmost sincerity and a deep sense of conviction that I express my belief in Jonathan's character and his capacity for growth.

Throughout the years, I have witnessed Jonathan's unwavering commitment to displaying kindness, compassion, and integrity in every aspect of his life. He possesses a heart of gold, always extending a helping hand to those in need. Whether it be supporting his friends or contributing to his community, Jonathan consistently demonstrates a genuine concern for the well-being of others. Jonathan's presence in my life has always been a source of inspiration and encouragement. His ability to uplift those around him and provide unwavering support is a testament to his exceptional character.

I kindly ask for your honor's consideration of Jonathan's character and pure heart. Sentencing him with leniency would provide an opportunity for him to continue his personal growth and contribute positively to society. I firmly believe that Jonathan is capable of learning from his mistakes and utilizing this experience as a catalyst for personal transformation. Thank you for your attention and consideration in this matter.

Sincerely,

John LaDuca