# Exhibit F

Judy Barefoot
258 Ocean Palm Drive
Flagler Beach, Florida
32136


The Honorable Trevor N. McFadden
United States District Judge
℅ Vincent A. Citro
Law Offices of Horwitz & Citro, P.A.
17 East Pine Street
Orlando, Florida 32801

Dear Judge McFadden:

My name is Judy Barefoot. I am a retired educator with 40 years of experience working with young people. I have known Jonathan Rockholt for 32 years since he was a student in my first grade class in St. Cloud, Florida. I have kept up with Jon and his family over the years and correspond with them on a regular basis.

Jonathan is a kind hearted, humble young man that loves fishing, hunting, his faithful dog, and his country. His sense of humor is infectious. He is a hard working young man that often works two jobs.

I fully understand that Jonathan entered a plea of guilty to participating in a civil disorder at the Capitol on January 6, 2021, and theft of government property, specifically a police riot shield.

Jonathan is truly remorseful for his actions. I humbly ask for leniency in sentencing.

*Judy Barefoot*